# MEMORANDUM DECISIONS.

George W. Allen as Administrator of the estate of John J. Philbrick, deceased, Plaintiff in Error, v. Frank M. Arguimbau as surviving partner of Schroeder & Son, Defendant in Error.

## Division A.

Writ of error to Circuit Court, Monroe county; Joseph B. Wall, Judge.

Macfarlane & Glen for plaintiff in error.

H. Bisbee and George C. Bedell for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*